# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Karen Murphy / Pro Se

_____
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:07cv1258 (AWT)
(To be supplied by the Court)

v.

J.C. Penney Regional
Catalog Center +
Liberty Mutual Insurance
Company

_____
Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Karen Murphy is a citizen of UNITED STATES who
   (Plaintiff)                                    (State)
   presently resides at 1526 Willard Ave B4 Newington, CT 06111
   (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: _____

2. Defendant JC Penney Regional Catalog + Liberty Mutual is a citizen of UNITED STATES
   (name of first defendant)                                          (State)
   whose address is 655 Winding Brook Dr.

3. Defendant __Marian H. Yun, Esq__ (Rosenbaum + vol so) is a citizen of __United States__
   (name of second defendant)                                         (State)

   whose address is __655 Winding Brook Dr. Glastonbury, CT 06033__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

4. The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

In Feb. 9, 2000 was injured on the job. A motor designed by engineers which was deem hazardous feel and hit me in the top of my head. Which caused me to black-out momentarily. The injury was to my head, neck and gut caused excruciating pain. When I got to the company doctor which was in same building all of my bodily fluids came out. Was rushed to the Hartford Hospital emergency DX concussion. Stayed in hospital over night for observation. 15 yr old daughter had to stay with a neighbor. Anyway the lawyer I hired put no time in my case. Threatened me by telling me if I did not sign a stipulated agreement, he was not going to handle my case any further nor would any other attorney because the case was worth no more than $5000.00 dollars. He motioned to close my case in March of 2000 the same month he agreed to take my case. I was not receiving any money from workers compensation. Did not know any procedures that's why I hired the Atty Charles Rosenbaum to take my case. Not knowing he was working against me. The Atty. committed suicide in March 2003 after I filed a complaint with bar association. Instead of him answering the complaint he chose not to and was heard stipulated my case in Aug of 2000. Then I filed to have... Got this atty Weisman whose associate... not won causing CRB to... not win for fair...

**D. CAUSE OF ACTION**

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** A motion was file with Compensation Review Board by Atty Dix who is an Associated Atty with Wesman who filed a Late motion. Causing CRB to deny my motion to Reopen Stipulation.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

1. Atty Charles Rosenzweig Stipulated Case on 8/29/00
2. Atty " " " filed a form 36 in March 2000 unbeknowing to Plaintiff. He immediatly went to work against the plaintiff explained none of his actions to plaintiff.
3. Plaintiff file for modification on 10/16/00 due to mistake, misrepresentation, fraud or accident.
4. Commissioner Vargas advised plaintiff to file a grievance against the attorney.
5. filed Grievance and on 3/7/03 attorney charged with misconduct 3/17/03 placed on interim suspension then dis barred.
6. Atty Dix who said he would help me file a motion Late and CRB board denied my motion on 7/26/06. Then told me he was not going any further.

**Claim II:** My worker compensation case was not handled properly. The Attorney defrauded me then killed himself and no one investigate him.

Supporting Facts: Still suffering from traumatic Brain Inj. Need Medical care which can not afford. Suffering.

3

**E. REQUEST FOR RELIEF**

5. WHEREFORE, plaintiff demands: (state the relief you seek)

Medical be reinstated and compensated for the money they stopped paying. all be given clean slate start all over!

## F. JURY DEMAND

6. Do you wish to have a jury trial? Yes ✓   No ___

_____
Original signature of attorney (if any)

KAREN Murphy Rose
Printed Name

1526 Willard Ave B4
Newington, CT 06111
(860) 665-0668
Attorney's full address and telephone

Kmyjoy@aol.com
Email address if available

_____
Plaintiff's Original Signature

Karen Murphy
Printed Name

1526 Willard Ave. B.4
Newington, CT 06111
(860) 665-0668
Plaintiff's full address and telephone

Kmyjoy@aol.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford__ on __8/13/07__
              (location)                  (date)

_____
Plaintiff's Original Signature

(Rev.8/25/04)

5